E-filing

1  KAREN S. FRANK (No. 130887)
   SIMON J. FRANKEL (No. 171552)
2  HOWARD RICE NEMEROVSKI CANADY
      FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:  415/434-1600
5  Facsimile:  415/217-5910

6  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC., ET AL.
7

8  ERIC TAO (No. 179064)
   AGI Capital
9  1375 Sutter Street, Suite 308
   San Francisco, CA 94109
10 Telephone: 415/ 775-7005
   Facsimile: 415/ 775-7002
11
   Attorneys for Defendants
12 ASIA PACIFIC ENTERTAINMENT, LLC d/b/a
   SUEDE d/b/a BAS LOUNGE & NIGHT CLUB
13 AND PATRICK AU, individually

FILED
MAR 2 7 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

14              UNITED STATES DISTRICT COURT
15              NORTHERN DISTRICT OF CALIFORNIA
16              SAN FRANCISCO DIVISION
17

| | |
|---|---|
| 18  BROADCAST MUSIC, INC.; et. al., | No. C 05 3613 MJJ |
| 19              Plaintiffs, | Action Filed September 7, 2005 |
| 20  v. | ORDER RE: STIPULATED MOTION TO CONTINUE DISPOSITIVE MOTION HEARING DATE |
| 21  ASIA PACIFIC ENTERTAINMENT, LLC d/b/a SUEDE d/b/a BAS LOUNGE & | |
| 22  NIGHT CLUB AND PATRICK AU, individually | |
| 23              Defendants. | |

STIPULATED MTN CONTINUE DISPOSITIVE MTN HRG DATE
-1-

1    Pursuant to this Court's Pre-Trial Order dated February 23, 2006, dispositive motions
2  in this case are scheduled to be heard on May 16, 2006, which requires that such dispositive
3  motions be filed by April 7, 2006. However, Defendants filed (and have not yet served)
4  their Answer only on March 14, 2006, and a court-ordered mediation in this matter will not
5  occur until April 19, 2006.

6    The parties are hopeful that they will be able to settle this matter at or before the court-
7  ordered mediation. In the interests of judicial economy and efficiency, the parties therefore
8  request that the hearing on dispositive motions be continued two weeks, to May 30, 2006,
9  and that the date for dispositive motions to be filed be continued two weeks, to April 21,
10  2006.

12  DATED: March 23, 2006.

13                                KAREN S. FRANK
                                  SIMON J. FRANKEL
14                                HOWARD RICE NEMEROVSKI CANADY
                                       FALK & RABKIN
15                                A Professional Corporation

17                                By:        /s/ Karen S. Frank
                                       KAREN S. FRANK
18                                     Attorneys for Plaintiffs BROADCAST
                                       MUSIC, INC. ET AL.

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN
A Professional Corporation

STIPULATED MTN CONTINUE DISPOSITIVE MTN HRG DATE
-1-

1  DATED: March 2¼, 2006.

By: _____
ERIC TAO
Attorney for Defendants ASIA PACIFIC
ENTERTAINMENT, LLC D/B/A SUEDE
F/D/B/A BAS LOUNGE & NIGHT and
PATRICK AU

9  IT IS HEREBY ORDERED that the Pre-Trial Order in this matter be amended and that
10 Dispositive Motions shall be heard on ~~May 30,~~ June 6, 2006.
   3/27/2006

_____
MARTIN J. JENKINS
United States District Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation