1  KAREN S. FRANK (No. 130887)
   SIMON J. FRANKEL (No. 171552)
2  HOWARD RICE NEMEROVSKI CANADY
       FALK & RABKIN
3  A Professional Corporation
   Three Embarcadero Center, 7th Floor
4  San Francisco, California 94111-4024
   Telephone:  415/434-1600
5  Facsimile:  415/217-5910

6  Attorneys for Plaintiffs
   BROADCAST MUSIC, INC. et al.
7

**FILED**

APR 0 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11

12 | BROADCAST MUSIC, INC. et al.,        | No. C 05-3613 MJJ
13 |          Plaintiffs,                 | Action Filed September 7, 2005
14 |     v.                               | [proposed] ORDER GRANTING
                                            REQUEST TO WAIVE CLIENT'S
15 | ASIA PACIFIC ENTERTAINMENT, LLC      | PARTICIPATION AT MEDIATION
    | d/b/a SUEDE f/d/b/a BAS LOUNGE & NIGHT
16 | CLUB and PATRICK AU, individually,
17 |          Defendants.

18

19 The Court rules as follows:

20 Pursuant to ADR Local Rule 6-9(e), a BMI representative will be available to participate in

21 the mediation by telephone. The Request to waive the requirement that a BMI

22 representative attend mediation is GRANTED.

23 IT IS SO ORDERED.

24 DATED: 4-3-, 2006.

25

26

27                                    _____
                                      THE HONORABLE WAYNE D. BRAZIL
28

PROPOSED ORDER
-1-